**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No.: 4:08-CR-036-SPM

ALVIN CHRISTOPHER BRYANT,

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

    PURSUANT TO the Report and Recommendation (doc. 27) of the United States Magistrate Judge William C. Sherrill, Jr., to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **ALVIN CHRISTOPHER BRYANT**, to Counts One and Two of the indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

    DONE AND ORDERED this <u>fourth</u> day of March, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge