IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

vs.  4:08-CR-36-SPM/WCS

ALVIN CHRISTOPHER BRYANT,

　Defendant.

_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

THIS CAUSE comes before the Court upon the Government's Motion to Continue Sentencing (doc. 32). Good cause having been found, it is hereby

**ORDERED AND ADJUDGED**:

1. The motion (doc. 32) is *granted*.

2. Sentencing is rescheduled for **Monday, October 19, 2009, at 1:30 p.m.** in Tallahassee, Florida.

**DONE AND ORDERED** this seventeenth day of July, 2009.

　　　　　　　　　　*s/ Stephan P. Mickle*
　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　Chief United States District Judge